IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
EDWIN WAYNE JOYCE,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )     1:23-cv-299
MAURY CORRECTIONAL                )
INSTITUTION, and WARDEN BRAY,     )
                                  )
          Defendants.             )
```

## ORDER

On April 21, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The court need not make a _de novo_ review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is **ADOPTED. IT IS FURTHER ORDERED** that this action be filed, and is hereby, **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new action, on the proper forms, which corrects the defects cited in the Magistrate Judge's Order and Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 14th day of September, 2023.

                                                                  /s/ William L. Osteen, Jr.
                                                                   United States District Judge